| | | |
|---|---|---|
| People v Miranda | App Term, 1st Dept: 53 Misc 3d 138(A) (NY) | denied 12/16/16 (Fahey, J.) |
| People v Newton | 4th Dept: 143 AD3d 1286 (Wyoming) | denied 12/5/16 (Pigott, J.) |
| People v Padilla | App Term, 1st Dept: 53 Misc 3d 138(A) (NY) | denied 12/27/16 (Rivera, J.) |
| People v Pagan | 2d Dept: 142 AD3d 1186 (Kings) | denied 12/7/16 (Abdus-Salaam, J.) |
| People v Palladino | 2d Dept: 140 AD3d 1194 (Suffolk) | denied reconsideration 12/5/16 (Pigott, J.) |
| People v Perkins | 3d Dept: 140 AD3d 1401 (Albany) | denied 12/30/16 (Fahey, J.) |
| People v Peterson | App Term, 1st Dept: 53 Misc 3d 138(A) (Bronx) | denied 12/12/16 (Pigott, J.) |
| People v Pilorge | 2d Dept: 142 AD3d 1186 (Nassau) | denied 12/13/16 (DiFiore, Ch. J.) |
| People v Pleasant | App Div, 1st Dept: 2016 NY Slip Op 78033(U) (NY) | denied reconsideration 12/30/16 (DiFiore, Ch. J.) |
| People v Quiroz | 2d Dept: 142 AD3d 1108 (Queens) | denied 12/5/16 (Pigott, J.) |
| People v Rasheem-Coleman | 1st Dept: 143 AD3d 585 (NY) | denied 12/20/16 (Stein, J.) |
| People v Redd | 2d Dept: 142 AD3d 1186 (Suffolk) | denied 12/16/16 (Fahey, J.) |
| People v Renert | 3d Dept: 143 AD3d 1016 (Otsego) | denied 12/30/16 (Fahey, J.) |
| People v Reyes | 1st Dept: 143 AD3d 414 (NY) | denied 12/13/16 (Garcia, J.) |
| People v Richards | 2d Dept: 142 AD3d 1187 (Kings) | denied 12/30/16 (Fahey, J.) |
| People v Rizzo | 2d Dept: 142 AD3d 1187 (Dutchess) | denied 12/7/16 (Stein, J.) |
| People v Robinson (Angel) | 2d Dept: 143 AD3d 744 (Suffolk) | denied 12/21/16 (Fahey, J.) |
| People v Robinson (Brandon) | 4th Dept: 142 AD3d 1302 (Monroe) | denied 12/30/16 (DiFiore, Ch. J.) |
| People v Rodriguez | 2d Dept: 142 AD3d 1189 (Suffolk) | denied 12/5/16 (Fahey, J.) |
| People v Rosario | 2d Dept: 143 AD3d 1004 (Westchester) | denied 12/19/16 (Rivera, J.) |
| People v Rubin | 2d Dept: 143 AD3d 846 (Suffolk) | denied 12/27/16 (Rivera, J.) |
| People v Rush (Basheem) | App Div, 2d Dept: 2016 NY Slip Op 84156(U) (Kings) | dismissed 12/5/16 (Pigott, J.) |
| People v Rush (Biggie) | App Div, 2d Dept: 2016 NY Slip Op 84156(U) (Kings) | dismissed 12/5/16 (Pigott, J.) |